Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−33362−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James P Durkin | Gina M Durkin |
| 167 Post Ave. | 167 Post Ave. |
| Lyndhurst, NJ 07071 | Lyndhurst, NJ 07071 |

Social Security No.:
  xxx−xx−2583                    xxx−xx−4578

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 11, 2020            Vincent F. Papalia
                                 Judge, United States Bankruptcy Court